AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

PATRICK HAYES and SUSANA HAYES

V.

BMO HARRIS, N.A., FIFTH THIRD BANK, CONSUMERS CREDIT UNION, as successor by merger to Premier Credit Union, BANK OF AMERICA, N.A., OCWEN LOAN SERVICING, LLC, TRANSUNION, LLC and EQUIFAX INFORMATION SERVICES, LLC

CASE NUMBER: 1:18-cv-08365

ASSIGNED JUDGE: Hon. Andrea R. Wood

DESIGNATED MAGISTRATE JUDGE: Hon. Mary M. Rowland

TO: (Name and address of Defendant)

BMO HARRIS, N.A.
111 W Monroe St
Chicago, IL 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Majdi Y. Hijazin
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



December 27, 2018

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-08365

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Patrick and Susan Hayes v BMO Harris, N.A.
was received by me on *(date)* 12/27/2018

☐ I personally served the summons on the individual at *(place)* 111 W. Monroe St., Chicago, IL 60603
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Takenna Herred , who is designated by law to accept service of process on behalf of *(name of organization)*
BMO Harris, N.A. on *(date)* 12/31/2018 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/31/2018

*Server's signature*

Michael Costanza - Process Server
*Printed name and title*

R.O.S. Consulting, Inc.
23900 W. Industrial Dr. South, Suite 3, Plainfield, IL 60585
117-001339
*Server's address*

Additional information regarding attempted service, etc: